| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **INVERSIONES ARAXI GROUP CORP**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA Motel The Rose**

**3. Debtor's federal Employer Identification Number** (EIN)

**66-0754036**

**4. Debtor's address**

**Principal place of business**

**175 Rd., 1.0 Km.
San Antonio Ward
Caguas, PR 00725**
Number, Street, City, State & ZIP Code

**Caguas**
County

**Mailing address, if different from principal place of business**

**Box 565
Salinas, PR 00751**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __INVERSIONES ARAXI GROUP CORP_____ Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **Puerto Rico** | **3/31/16** | **16-02428** |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor **INVERSIONES ARAXI GROUP CORP** Case number (*if known*)
　　　Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor __INVERSIONES ARAXI GROUP CORP__     Case number (*if known*) _____
     Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 8, 2017**
                     MM / DD / YYYY

**X**   **/s/ Luis J. Pérez Delgado**       **Luis J. Pérez Delgado**
     Signature of authorized representative of debtor       Printed name

Title   **President**

---

**18. Signature of attorney**

**X**   **/s/ Gerardo L. Santiago Puig**       Date   **August 8, 2017**
     Signature of attorney for debtor                           MM / DD / YYYY

**Gerardo L. Santiago Puig**
Printed name

**GSP Law, P.S.C.**
Firm name

**Doral Bank Plaza Suite 801**
**33 Resolución St.**
**San Juan, PR 00920**
Number, Street, City, State & ZIP Code

Contact phone   **787-777-8000**      Email address   **gsantiagopuig@gmail.com**

**205402**
Bar number and State

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

## CORPORATE RESOLUTION

Meeting held at the premises of the GSP Law, PSC, at Doral Bank Plaza, Suite 801, 33 Resolución St., San Juan, Puerto Rico.

Director Present:

    Mr. Luis Javier Perez Delgado    President/Secretary
    Mrs.    Vicepresident

After a meeting held at the premises of GSP Law PSC at Doral Bank Plaza, Suite 801, 33 Resolución St., San Juan, Puerto Rico, August 8, 2017, the Directors of Inversiones Araxi Group Corp., decided to file a petition for relief under Chapter 11 of the Bankruptcy Code.

In order to file the above-mentioned petition for relief, the Board of Directors has authorized to retain Mr. Gerardo L. Santiago Puig, Esq., as attorney for Debtor, if approved by the Court. Also, the Corporation has authorized Mr. Luis Javier Pérez Delgado to sign all necessary documents related to the filling.

The petition for relief will be filed on or about August 8, 2017.

After the discussion of the only matter pending, the meeting was closed.

*Ruth Ramos*
Ruth Elba Ramos Gonzalez

Secretary



Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **INVERSIONES ARAXI GROUP CORP** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Compañía de Turismo Box 9024000 San Juan, PR 00902-4000 | | Rooms Taxes | | | | $63,272.00 |
| CRIM - Caguas Box 4992 Caguas, PR 00726 | | Property Taxes | | $12,784.29 | $0.00 | $12,784.29 |
| CRIM - San Juan Box 195387 San Juan, PR 00919-5387 | | | | | | $110.56 |
| Departamento de Hacienda Box 9024140 San Juan, PR 00902-4140 | | Fine | | | | $16,000.00 |
| Departamento de Recursos Naturales Box 366147 San Juan, PR 00936-6147 | | | | | | $11,871.14 |
| Departamento de Recursos Naturales Box 366147 San Juan, PR 00936-6147 | | FIne | | | | $500.00 |
| Departamento del Trabajo Box 191020 San Juan, PR 00919-1020 | | | | | | $1,190.19 |
| Global Construction HC-2 Box 12590 Gurabo, PR 00778 | | | | | | $4,900.00 |

Debtor **INVERSIONES ARAXI GROUP CORP**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS** Box 7346 Philadelphia, PA 19101-7346 | | **941 PR** | | | | $2,142.75 |
| **Junta de Calidad Ambiental** Box 11488 San Juan, PR 00910 | | | | | | $1,000.00 |
| **LSREF2 Island Holdings LTD, Inc.** Box 70222 San Juan, PR 00936 | | **Lot 4, Km. H.m 8.4, San Antonio Ward, 175 Rd., Caguas, PR** | | $5,017,320.00 | $2,000,000.00 | $3,126,161.63 |
| **LSREF2 Island Holdings LTD, Inc.** Box 70222 San Juan, PR 00936 | | **Plot of land located at San Antonio Ward, Buena Vista, 175 Rd., Km. 1.2 Int., Caguas** | | $200,000.00 | $200,000.00 | $200,000.00 |
| **Monge Robertin & Asociados** 97 Actosta St. Caguas, PR 00725 | | **Professional services** | | | | $280.00 |
| **Municipio de Caguas** Box 907 Caguas, PR 00726 | | **Municipal License** | | | | $3,000.00 |
| **Municipio de Caguas** Box 907 Caguas, PR 00726 | | **Munipal License** | | | | $784.47 |
| **Sucesión Quintana** | | **Plot of land located at San Antonio Ward, Buena Vista, 175 Rd., Km. 1.2 Int., Caguas** | | $322,500.00 | $200,000.00 | $124,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## District of Puerto Rico

In re: **INVERSIONES ARAXI GROUP CORP**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 8, 2017**

**/s/ Luis J. Pérez Delgado**
**Luis J. Pérez Delgado**/**President**
Signer/Title

| | | |
|---|---|---|
| INVERSIONES ARAXI GROUP CORP<br>BOX 565<br>SALINAS, PR 00751 | DEPARTAMENTO DE RECURSOS NATURALES<br>BOX 366147<br>SAN JUAN, PR 00936-6147 | RANGESATTEL PR<br>BOX 13228<br>SAN JUAN, PR 00908 |
| GERARDO L. SANTIAGO PUIG<br>GSP LAW, P.S.C.<br>DORAL BANK PLAZA SUITE 801<br>33 RESOLUCIóN ST.<br>SAN JUAN, PR 00920 | DEPARTAMENTO DEL TRABAJO<br>BOX 191020<br>SAN JUAN, PR 00919-1020 | IRS<br>BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| AEE<br>BOX 363508<br>SAN JUAN, PR 00936-3508 | ELIEZER AYALA MANGUAL<br>URB. LA CEIBA<br>143 LOS NALDOS<br>JUNCOS, PR 00777 | JOSé A. ANDRéU<br>261 DOMENECH AVE.<br>SAN JUAN, PR 00918-3518 |
| BUENA VISTA PLANTATION CORP.<br>BOX 565<br>SALINAS, PR 00751 | FERRAIUOLI LLC<br>BOX 195168<br>SAN JUAN, PR 00919-5168 | JUAN E. NATER SANTANA<br>BOX 7469<br>CAGUAS, PR 00726 |
| CCPR SERVICES, INC.<br>BOX 192830<br>SAN JUAN, PR 00919-2830 | FRANKIE JIMENEZ FIGUEROA<br>BOX 3207<br>JUNCOS, PR 00777 | JUNTA DE CALIDAD AMBIENTAL<br>BOX 11488<br>SAN JUAN, PR 00910 |
| COMPAñíA DE TURISMO<br>BOX 9024000<br>SAN JUAN, PR 00902-4000 | GEORGE MOTTLEY FLORES<br>BOX 242<br>CAGUAS, PR 00726-0242 | LSREF2 ISLAND HOLDINGS LTDJN<br>BOX 70222<br>SAN JUAN, PR 00936 |
| CRIM - CAGUAS<br>BOX 4992<br>CAGUAS, PR 00726 | GLOBAL CONSTRUCTION<br>HC-2 BOX 12590<br>GURABO, PR 00778 | LUIS J. PéREZ DELGADO<br>BOX 565<br>SALINAS, PR 00751 |
| CRIM - SAN JUAN<br>BOX 195387<br>SAN JUAN, PR 00919-5387 | HORSE & PONYS, INC.<br>URB. LA CEIBA<br>143 LOS NALDOS ST.<br>JUNCOS, PR 00777 | MOISéS ABREU CORDERO<br>URB. LOS MAESTROS<br>454 LUIS MUñOZ SOUFFRONT AV<br>SAN JUAN, PR 00923 |
| DEPARTAMENTO DE HACIENDA<br>BOX 9024140<br>SAN JUAN, PR 00902-4140 | HUDSON PUERTO RICO, LLC<br>BOX 70222<br>SAN JUAN, PR 00936 | MONGE ROBERTIN & ASOCIADO<br>97 ACTOSTA ST.<br>CAGUAS, PR 00725 |

MUNICIPIO DE CAGUAS
BOX 907
CAGUAS, PR 00726


PEDRO J. LóPEZ BERGOLLO
261 DOMENECH AVE.
SAN JUAN, PR 00918


PR1 INVESTMENT ROOMS CORP.
BOX 565
SALINAS, PR 00751


SUCESIóN QUINTANA

# United States Bankruptcy Court
## District of Puerto Rico

In re  **INVERSIONES ARAXI GROUP CORP**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **INVERSIONES ARAXI GROUP CORP**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 8, 2017**  
Date

/s/ Gerardo L. Santiago Puig  
**Gerardo L. Santiago Puig 205402**  
Signature of Attorney or Litigant  
Counsel for  **INVERSIONES ARAXI GROUP CORP**  
**GSP Law, P.S.C.**  
**Doral Bank Plaza Suite 801**  
**33 Resolución St.**  
**San Juan, PR 00920**  
**787-777-8000 Fax:787-767-7107**  
**gsantiagopuig@gmail.com**